

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Kelley White

Appellate case number:     01-18-00073-CV

Trial court case number:     2011-20103

Trial court:             309th District Court of Harris County

On January 30, 2018, relator filed a petition for writ of mandamus or, alternatively, for writ of habeas corpus, complaining of the trial court's December 23, 2017 Order of Enforcement by Contempt and Suspension of Commitment. On February 5, 2018, relator filed an emergency motion for a stay of trial court proceedings, contending that a motion to revoke suspension of commitment had been filed and a hearing was set for that motion on February 8, 2018. Real party in interest filed a response in opposition to the emergency motion.

Relator's emergency motion for a stay is DENIED.

To the extent relator has sought relief from this court with respect to the underlying contempt finding, the February 8 hearing may afford an opportunity for relator to reurge objections to the contempt finding and for the trial court to reconsider its ruling. This order denying a stay is made without prejudice to any future motion relator may file seeking temporary relief from any order the trial court may enter. *See* TEX. R. APP. P. 52.8(b)(3), 52.10.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                 ☑ Acting individually    ☐ Acting for the Court

Date: February 5, 2018